16 inches in width, it is provided for as claimed in paragraph 316(a), as modified, *supra*, dutiable at the rate of 6 per centum ad valorem when not thicker than 0.01 inch and at the rate of 8½ per centum ad valorem when thicker than 0.01 inch but not thicker than 0.05 inch.

Adverting now to the contention of plaintiffs that the merchandise at bar consists of hoop or band steel, wholly or partly manufactured into hoops or ties for baling cotton or other commodity within the provisions of paragraph 314 of the Tariff Act of 1930, as modified, *supra*, we think it suffices to observe that this is a provision which contemplates classification in accordance with chief use, and the instant record is inadequate to establish that the subject steel strips are chiefly used for baling cotton or other commodities. *Southern Scrap Material Co.* v. *United States*, 56 Treas. Dec. 141, T.D. 43514; *Biddle Purchasing Co.* v. *United States*, 60 Treas. Dec. 763, T.D. 45239; *Keller Co. et al.* v. *United States*, 13 Ct. Cust. Appls. 428, T.D. 41343.

For all of the foregoing reasons, we find the merchandise here in issue to be steel in strips not thicker than ¼ inch and not exceeding 16 inches in width within the scope of paragraph 316(a), as modified, *supra*, dutiable at the rate of 6 per centum ad valorem if not thicker than 0.01 of an inch or at the rate of 8½ per centum ad valorem if thicker than 0.01 inch but not thicker than 0.05 inch. All other claims are, however, overruled.

Judgment will be entered accordingly.

No. 68545.—Victor England Agencies et al. *v.* United States, protests 62/18957, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.

No. 68546.—Guy B. Barham Company and C. W. Stockwell Company et al. *v.* United States, protests 63/10525, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiffs was sustained.